UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN WESLEY LEWIS, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-00198 |
| | § | |
| MARK A. GONZALEZ, *et al*, | § | |
| | § | |
| Respondents. | § | |

## MEMORANDUM AND RECOMMENDATION

Petitioner John Wesley Lewis, a federal prisoner, filed this petition for a writ of habeas corpus alleging that the Nueces County District Attorney and 319th District Court for Nueces County, Texas, failed to bring him to trial on a state charge within 180 days after he requested a final disposition under the Interstate Agreement on Detainers Act. (D.E. 1 at 1-6).  A review of the state court records indicated that, on October 7, 2019, the state court dismissed the charge of burglary of a habitation in case number 19FC-2077G.[1] As indicated by the state court case summary attached to the petition, this is the charge that Lewis sought to have dismissed in his petition.  (*See* D.E. 1 at 31).

On October 25, 2019, the undersigned issued an order requiring Lewis to show cause, within 30 days, why his petition should not be dismissed as moot.  (D.E. 8 at 1-2). Lewis has not responded.  Under Rule 41(b), a district court may dismiss an action *sua sponte* if the plaintiff fails to comply with a court order.  *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440 (5th Cir. 2016); Fed. R. Civ. P. 41(b).  Accordingly, it

---

[1] The state court docket can be accessed by searching for case number 19FC-2077G at https://portal.nuecesco.com/Portal/Home/Dashboard/29.

is recommended that Lewis's petition be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

Respectfully submitted this 27th day of December, 2019.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. Douglass v. United Servs. Auto Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc).